

FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0477

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0477

ROBYN DRISCOLL; MONTANA
DEMOCRATIC PARTY; and DEMOCRATIC
SENATORIAL CAMPAIGN COMMITTEE,

Plaintiffs and Appellees,

v.

COREY STAPLETON, in his official capacity as
Montana Secretary of State,

Defendant and Appellant.

FILED

OCT 0 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellees move for modification of this Court's September 29, 2020 Order staying the District Court's September 25 injunction against several election statutes. Appellees seek modification of the stay only as it pertains to the District Court's order extending the "Cure Deadline." Appellees argue that, unlike the Election Day Receipt Deadline, the Cure Deadline was never previously presented to this Court and, as our stay order recognized, Appellees were not afforded the opportunity to file a response to the Secretary's motion to stay before it was granted. As a result, they point out, this Court has not heard from Appellees about the Cure Deadline. Appellees also seek leave to file an overlength brief in support of their motion.

Appellees request this Court to "specifically order that the Cure Deadline for the 2020 General Election be extended to 3 p.m. on Monday, November 9, 2020, the sixth day after Election Day, at which time all information permitted under Sections 13-13-245(2)(a), MCA and 13-15-107, MCA must be received by county election officials." Having considered the requested relief, the Court is disinclined to grant the request. In our September 29 Opinion in Cause No. DA 20-0295, reversing the District Court's preliminary injunction against the Election Day Ballot Receipt Deadline, we faulted the court for "substitut[ing its] choice of

faulted the court for "substitut[ing its] choice of deadline for that of the Legislature." Opinion, ¶ 28. Appellees ask us to do the same.

IT IS THEREFORE ORDERED that Appellees' motion to modify this Court's September 29, 2020 order staying a portion of the District Court's decision pending appeal is DENIED.

IT IS FURTHER ORDERED that the motion to file an overlength brief is DENIED as moot.

The Clerk of this Court is directed to provide immediate notice of this Order to counsel for all parties.

Dated this 6 day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2